# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 6, 2016

### NO. 03-16-00106-CV

**Thomas W. Smith and Nationwide Metal Buildings, LLC, Appellants**

**v.**

**TMS Construction, Inc., Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

Having reviewed the record, the Court holds that Thomas W. Smith and Nationwide Metal Buildings, LLC have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.